ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT
Nevada Bar No. 13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for BioRegenerative
Sciences, Inc. and
NeoGenesis, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OSMOSIS LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>BIOREGENERATIVE SCIENCES, INC. a Nevada Corporation; and NEOGENESIS, INC., a Nevada Corporation.<br><br>Defendants. | CASE NO. 2:17-cv-02430-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSIION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Defendants BioRegenerative Sciences, Inc. and NeoGenesis, Inc. ("Defendants"), and Plaintiff Osmosis LLC, hereby stipulate and agree that Defendants shall have up to an including March 20, 2018 to respond to Plaintiff's Motion for Preliminary Injunction (Doc. # 12). This is the first such request for an extension of time to respond a motion by Defendants.

///

///

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

The extension of time is requested to provide the Defendants with adequate time to evaluate the allegations and arguments contained in the Motion and to accommodate the schedule of Defendants' counsel.

Respectfully Submitted,

DATED this 15th day of March, 2018.    DATED this 15th day of March, 2018.

GARMAN TURNER GORDON LLP    ALVERSON, TAYLOR, MORTENSEN & SANDERS

/s/ Dylan T. Ciciliano    /s/ Adam R. Knecht
ERIC OLSEN    KURT R. BONDS
Nevada Bar No. 3127    Nevada Bar No. 6228
DYLAN T. CICILIANO    ADAM R. KNECHT
Nevada Bar No. 12348    Nevada Bar No. 13166
650 White Drive, Suite 100    6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89119    Las Vegas, NV 89149
Tel: (725) 777-3000    Tel: (702) 385-7000
Fax: (725) 777-3112    Fax: (702) 385-7000
*Attorneys for Plaintiff Osmosis LLC*    *Attorneys for Defendants Bioregenerative Sciences, Inc. and Neogenesis*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: March 19, 2019.