ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT
Nevada Bar No. 13166
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
Attorneys for BioRegenerative
Sciences, Inc. and NeoGenesis, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| OSMOSIS LLC, a Colorado Limited Liability Company, <br><br> Plaintiff, <br> vs. <br><br> BIOREGENERATIVE SCIENCES, INC. a Nevada Corporation; and NEOGENESIS, INC., a Nevada Corporation. <br><br> Defendants. | CASE NO. 2:17-cv-02430-JAD-CWH <br><br> **STIPULATION AND PROPOSED ORDER TO STAY UPCOMING CASE DEADLINES AND DEADLINES TO RESPOND TO OUTSTANDING MOTIONS FOR 30 DAYS PENDING SETTLEMENT** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Osmosis, LLC ("Plaintiff"), by and through its attorneys Eric Olsen, Esq. and Dylan T. Ciciliano, Esq. of Garman Turner Gordon LLP, and Defendants BioRegenerative Sciences, Inc. and NeoGenesis, Inc. (collectively "Defendants") by and through their attorneys of record, Kurt R. Bonds, Esq. and Adam R. Knecht, Esq. of Alverson Taylor & Sanders, and George Koons III, Esq. of Koons Law Group Ltd., that the Parties do hereby stipulate and agree that all upcoming case deadlines and deadlines to respond to outstanding motions be stayed for 30 days pending settlement of this matter as follows:

## A. INTRODUCTION

The parties have been involved in settlement negotiations and have reached an agreement in principle as to the full and final release of all claims and counterclaims in this matter. The parties are discussing specific settlement terms and request the Court stay upcoming case deadlines in order that the parties may draft a mutually agreeable settlement agreement and general release. No trial date has been set in this matter.

## B. PENDING MOTIONS AND UPCOMING DEADLINES

The parties have the following upcoming deadlines and pending motions, which they request be stayed for 30 days from their current deadlines:

1. <u>December 13, 2018</u>: Defendants' response to Plaintiff's Motion to Dismiss Answer to Complaint and Defendants' Counterclaim;

2. <u>December 17, 2018</u>: Plaintiff's responses to: (1) Defendants' Motion for Leave to File Second Amended Answer and Second Amended Counterclaim; and (2) Defendants' Emergency Motion to Extend Discovery Deadlines;

3. <u>January 2, 2019</u>: Deadline for dispositive motions;

4. <u>January 7, 2019</u>: Hearing on: (1) Plaintiff's Motion to Dismiss Answer to Complaint and Defendants' Counterclaim; and (2) Defendants' Motion for Leave to File Second Amended Answer and Second Amended Counterclaim.

///

///

///

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

IT IS SO STIPULATED.

DATED this 12th day of December, 2018.

GARMAN TURNER GORDON LLP

*/s/ Stephen A. Davis*
ERIC OLSEN
Nevada Bar No. 3127
DYLAN T. CICILIANO
Nevada Bar No. 12348
STEPHEN A. DAVIS
Nevada Bar No. 14185
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Plaintiff Osmosis LLC*

DATED this 12th day of December, 2018.

*/s/ Adam R. Knecht*
ALVERSON TAYLOR & SANDERS
KURT R. BONDS
Nevada Bar No. 6228
ADAM R. KNECHT
Nevada Bar No. 13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Tel: (702) 385-7000
Fax: (702) 385-7000
KOONS LAW GROUP, LTD.
GEORGE KOONS III
Appearing *Pro Hac Vice*
1153 Bergen Parkway, Suite 405
Evergreen, Colorado 80439
Tel: (303) 600-8577
Fax: (303) 974-1188
*Attorneys for Defendants Bioregenerative Sciences, Inc. and Neogenesis*

## **ORDER**

The above Stipulation to Stay Upcoming Case Deadlines and Deadlines to Respond to Outstanding Motions for 30 Days Pending Settlement is hereby GRANTED and the hearing currently scheduled for January 7, 2019 [ECF No. 45] is VACATED until further notice. The parties shall file a status update within 30 days of the entry of this order notifying the Court of any developments.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2018

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000