**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*
*BioRegenerative Sciences, Inc. and*
*NeoGenesis, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OSMOSIS LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>BIOREGENERATIVE SCIENCES, INC. a Nevada Corporation; and NEOGENESIS, INC., a Nevada Corporation,<br><br>Defendants. | Case No. 2:17-cv-02430-JAD-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO STAY UPCOMING CASE DEADLINES AND DEADLINES TO RESPOND TO OUTSTANDING MOTIONS FOR 21 DAYS PENDING SETTLEMENT**<br><br>**(Third Request)**  ECF No. 52 |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Osmosis, LLC ("Plaintiff'), by and through its attorneys Eric Olsen, Esq. and Dylan T. Ciciliano, Esq. of Garman Turner Gordon LLP, and Defendants BioRegenerative Sciences, Inc. and NeoGenesis, Inc. (collectively "Defendants") by and through their attorneys of record, Kurt R. Bonds, Esq. and Adam R. Knecht, Esq. of Alverson Taylor & Sanders, and George Koons III, of Koons Law Group, Ltd., that the Parties do hereby stipulate and agree that all upcoming case deadlines and deadlines to respond to outstanding motions be stayed for an additional 21 days pending settlement of this matter as follows:

**A. INTRODUCTION**

The parties have reached an agreement in principle as to the full and final release of all

1  KB/25230

claims and counterclaims in this matter. The parties have but one remaining issue to finalize. The parties respectfully request the Court stay case deadlines an additional 21 days in order that the parties may complete a mutually agreeable settlement agreement and general release. No trial date has been set in this matter.

### B. PENDING MOTIONS AND UPCOMING DEADLINES

The parties have the following upcoming deadlines and pending motions, which they request be stayed for 21 days from their current deadlines:

1. Defendants' response to Plaintiff's Motion to Dismiss Answer to Complaint and Defendants' Counterclaim: <u>March 5, 2019</u>

2. Plaintiff's responses to: (1) Defendants' Motion for Leave to File Second Amended Answer and Second Amended Counterclaim; and (2) Defendants' Emergency Motion to Extend Discovery Deadlines: <u>March 7, 2019</u>

3. Deadline for dispositive motions: <u>March 22, 2019</u>

**IT IS SO STIPULATED.**

DATED this 13th day of February, 2019.  DATED this 13th day of February, 2019.

GARMAN TURNER GORDON LLP  ALVERSON TAYLOR & SANDERS

<u>/s/ Stephen A. Davis</u>  <u>/s/ Adam R. Knecht</u>
ERIC OLSEN  KURT R. BONDS
Nevada Bar No. 3127  Nevada Bar No. 6228
DYLAN T. CICILIANO  ADAM R. KNECHT
Nevada Bar No. 12348  Nevada Bar No. 13166
STEPHEN A. DAVIS  6605 Grand Montecito Parkway, Suite 200
Nevada Bar No. 14185  Las Vegas, NV 89149
650 White Drive, Suite 100
Las Vegas, Nevada 89119  KOONS LAW GROUP, LTD.
 GEORGE KOONS III
*Attorneys for Plaintiff Osmosis LLC*  1153 Bergen Parkway, Suite 405
 Evergreen, Colorado 80439

**ORDER**

**Based on the parties' stipulation [52] and good cause appearing, IT IS SO ORDERED.**

*Attorneys for Defendants*

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 13, 2019